UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | 1:17-cv-01704-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION TO EXPEDITE CASE |
| vs. | (ECF No. 5.) |
| N. HAND-RONGA, et al., | |
| Defendants. | |

## I. BACKGROUND

Christopher Lipsey, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 19, 2017. (ECF No. 1.) Plaintiff's Complaint awaits the court's requisite screening under 28 U.S.C. § 1915A.

On January 24, 2018, Plaintiff filed a motion for the court to expedite the screening of his Complaint. (ECF No. 8.)

## II. PLAINTIFF'S MOTION

Plaintiff requests the court to expedite his case. The court ordinarily screens complaints in the order in which they are filed at the court and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the court,

1

and delays are inevitable despite the court's best efforts.  Plaintiff's Complaint will be screened in due course.  Therefore, Plaintiff's motion for expedited screening shall be denied.

**III.     CONCLUSION**

Based on the foregoing, Plaintiff's motion to expedite his case, filed on January 24, 2018, is DENIED.

IT IS SO ORDERED.

Dated: **January 29, 2018**                    **/s/ Gary S. Austin**
                                                                                UNITED STATES MAGISTRATE JUDGE