UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> N. HAND-RONGA, et al., <br><br> Defendants. | 1:17-cv-01704-LJO-GSA-PC <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** <br> **(ECF No. 11.)** <br><br> **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** <br> **(ECF No. 6.)** |

Christopher Lipsey, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 21, 2018, findings and recommendations were entered, recommending that plaintiff's motion for preliminary injunctive relief be denied. (ECF No. 12.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) To date, no objections have been filed, and the time period for filing objections has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations entered by the Magistrate Judge on March 21, 2018, are ADOPTED IN FULL; and
2. Plaintiff's motion for preliminary injunctive relief, filed on January 8, 2018, is DENIED.

IT IS SO ORDERED.

Dated: __**April 19, 2018**__        __/s/ Lawrence J. O'Neill__
                                               UNITED STATES CHIEF DISTRICT JUDGE