UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> N. HAND-RONGA, et al., <br><br> Defendants. | 1:17-cv-01704-LJO-GSA-PC <br><br> ORDER GRANTING LEAVE TO AMEND THE COMPLAINT <br><br> ORDER DIRECTING CLERK TO FILE THIRD AMENDED COMPLAINT LODGED ON FEBRUARY 7, 2019 <br> (ECF No. 21.) |

**I.     BACKGROUND**

      Christopher Lipsey, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on December 19, 2017.  (ECF No. 1.)  On April 9, 2018, Plaintiff filed a First Amended Complaint as a matter of course.  (ECF No. 12.)  On September 24, 2018, the court issued a screening order dismissing the First Amended Complaint for failure to state a claim, with leave to file a Second Amended Complaint within thirty days.  (ECF No. 15.)  On December 3, 2018, Plaintiff filed a Second Amended Complaint.  (ECF No. 18.)

1

On February 7, 2019, Plaintiff lodged a proposed Third Amended Complaint. (ECF No. 21.) The court construes Plaintiff's lodged complaint as a request for leave to amend.

## II. LEAVE TO AMEND – RULE 15(a)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a). Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Id. Here, because Plaintiff has already amended the complaint more than once and no other parties have appeared, Plaintiff requires leave of court to file a Third Amended Complaint.

"Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.'" AmerisourceBergen Corp. v. Dialysis West, Inc., 445 F.3d 1132, 1136 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)). However, courts "need not grant leave to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in the litigation; or (4) is futile." Id. The factor of "'[u]ndue delay by itself . . . is insufficient to justify denying a motion to amend.'" Owens v. Kaiser Foundation Health Plan, Inc., 244 F.3d 708, 712, 713 (9th Cir. 2001) (quoting Bowles v. Reade, 198 F.3d 752, 757-58 (9th Cir. 1999)).

### Discussion

The court finds no bad faith or futility in Plaintiff's proposed amendment. The proposed Third Amended Complaint arises from the same events at issue in the original Complaint for this action. Because the Second Amended Complaint awaits the court's requisite screening and has not been served, there will be no undue delay or prejudice to Defendants in allowing Plaintiff to proceed with the Third Amended Complaint. Therefore, Plaintiff shall be granted leave to amend, and the Third Amended Complaint shall be filed.

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to amend the complaint;

2. The Clerk is directed to file the proposed Third Amended Complaint, which was lodged on February 7, 2019; and

3. The Third Amended Complaint shall be screened in due time.

IT IS SO ORDERED.

Dated: **February 12, 2019**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE