UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>N. HAND-RONGA, et al., <br><br>　　　　Defendants. | 1:17-cv-01704-LJO-GSA-PC <br><br> ORDER DENYING REQUEST TO EXPEDITE SCREENING OF CASE <br><br>(ECF No. 26.) |

On June 17, 2019, Plaintiff filed a motion for the court to immediately screen his complaint. (ECF No. 26.) Pursuant to the court's order issued on April 5, 2019, in which the court denied Plaintiff's prior request to expedite his case, IT IS HEREBY ORDERED that Plaintiff's motion is denied. No other requests to expedite this case shall be considered without a showing of good cause.

IT IS SO ORDERED.

　　Dated:　**June 18, 2019**　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE