UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | 1:17-cv-01704-LJO-GSA-PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 33.)** |
| vs. | |
| N. HAND-RONGA, et al., | **ORDER DISMISSING THIS CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM**<br>**(ECF No. 32.)** |
| Defendants. | |
| | **ORDER FOR CLERK TO CLOSE CASE** |

Christopher Lipsey, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 5, 2019, findings and recommendations were entered, recommending that this case be dismissed based on Plaintiff's failure to state a claim upon which relief may be granted under §1983. (ECF No. 33.) On November 18, 2019, Plaintiff filed objections to the findings and recommendations. (ECF No. 34.)

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 5, 2019, are adopted in full;
2. This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 19, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE