UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br> Plaintiff, <br> vs. <br> N. HAND-RONGA, et al., <br> Defendants. | 1:17-cv-01704-LJO-GSA-PC <br><br> **ORDER DENYING PLAINTIFF'S MOTION AS MOOT** <br> **(ECF No. 43.)** |

Christopher Lipsey, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On January 16, 2020, Plaintiff filed a motion requesting further analysis of his claims. (ECF No. 43.) This case was dismissed on November 19, 2019, with prejudice for failure to state a claim, and judgment was entered. (ECF Nos. 35, 36.) Therefore, Plaintiff's motion is moot and shall be denied as such.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion filed on January 16, 2020, is DENIED as moot; and
2. No further motions shall be considered in this case.

IT IS SO ORDERED.

Dated: __**January 17, 2020**__        __**/s/ Gary S. Austin**__
                                                                UNITED STATES MAGISTRATE JUDGE